IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL HALL McWILLIE,
   Plaintiff,

v.               No. CV-12-00378 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 23), entered concurrently herewith, the Court enters Judgment pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, with Supporting Memorandum,* (Doc. 18), and **REMANDING** this case to the Commissioner for Social Security for further proceedings consistent with the *Memorandum Opinion and Order*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE